ROSE BLOCK et al., Respondents, *v.* MILTJAY REALTY CORPORATION Appellant.

Submitted April 10, 1944; decided May 25, 1944.

*Isidore Halpern, Louis Helfenstein* and *Joseph S. Robinson* for appellant.

*Abraham B. Fuss* and *Robert Jablin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.